In the Matter of the Application of PAUL GAIGNAT, Respondent, for a Writ of Certiorari against HERBERT S. SISSON, State Commissioner of Excise, et al., Appellants.

*Matter of Gaignat* v. *Sisson*, 181 App. Div. 193, affirmed.

(Argued March 1, 1918; decided March 12, 1918.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the second judicial department, entered December 27, 1917, which affirmed an order of Special Term directing issuance of a liquor tax certificate to the relator, who prior to October 1, 1917, was trafficking in liquors in the village of Rockville Center, town of Hempstead. The town board of Hempstead, in compliance with chapter 623 of the Laws of 1917, duly appointed a commission to carry out in said town the provisions of the statute; they made the inquiry provided for in the statute, and duly filed their report

designating the places in said town for which liquor tax certificates should be issued for the ensuing year, among which was the place run by the relator; the relator then made an application for the issuance of a liquor tax certificate for said place, duly presented the application statement and bond required by law and tendered the amount of the license tax, but the special deputy commissioner of excise for Nassau county refused to accept the same and refused to issue the certificate, acting under instructions from the state commissioner of excise, who contended that the town commission in making designations did not observe the provisions of the statute requiring reduction of the number of places in each of the villages in the town of Hempstead, and in the territory of said town outside of said villages, as nearly as might be in proportion to the number of places where trafficking in liquors was engaged in at the time of their investigation.

*C. S. Ferris* and *Harry D. Sanders* for appellants.

*James A. Blanchfield* and *Daniel E. Lynch* for respondent.

*Per Curiam.* Under chapter 623 of the Laws of 1917 the town commission for the town of Hempstead has allotted nine liquor tax certificates to the village of Rockville Center. For the reasons stated in *Matter of Hickey*, decided herewith, we think there has been no illegal deviation from the ratio prescribed by statute.

The further point is made in this case that the number of places allotted to the entire town should have been 126 instead of 125. If that is so, the excise commissioner may be authorized to designate an additional place. He does not gain authority thereby to nullify altogether the designation already made.

The order should be affirmed with costs.

CHASE, COLLIN, CUDDEBACK, CARDOZO, POUND and ANDREWS, JJ., concur; HISCOCK, Ch. J., absent.

Order affirmed.